

49 Market Street
Morristown, NJ  07960
973.992.4800    973.992.9125
WWW.FOXROTHSCHILD.COM

ROBERT J. ROHRBERGER
Direct No: 973.994.7543
Email: RRohrberger@FoxRothschild.com

December 1, 2023

**VIA ECF**
Hon. Cathy L. Waldor, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    Innovative Sols. and Tech., LLC v. Pro Spot Int'l, Inc.
              Case No. 2:21-cv-17302 (JMV)(CLW)

Dear Judge Waldor:

       As you are aware, we are counsel to plaintiff, Innovative Solutions & Technology ("ISAT").

       We write on behalf of all parties pursuant to your Order entered on November 15, 2023, to inform the Court of the efforts made by the parties to Meet and Confer.

       While parties are working on solving the discovery and pleading issues, we have not yet concluded the issues and request that the telephone conference scheduled for December 13, 2023 be continued one-week, or to a date more suitable to the court.

       We thank the Court for its time and attention to this matter.

                                                   Respectfully submitted,

                                                   Robert J. Rohrberger

RJR:dg
cc: All Counsel of Record (*via* ECF)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington
152462969.1